United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___16___ CV _2102 (FB)(JO)___

indicated that this case is related to the following case(s):

____15-cv-2042(CBA)____